# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE CHRISTINE M. ARGUELLO

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes | Date: January 9, 2009 |
| Court Reporter: Darlene Martinez | |
| Probation Officers: Jan Woll | |
|                     Jason Kenp | |

---

Criminal Action No. 07-cr-00172-CMA-13-27

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Michele Korver |
|     Plaintiff, | |
| v. | |
| 13. TAMIKA KNIGHT, and | Ronald Aal |
| 27. RUDY TRUJILLO, | Duane Montano |
|     Defendants. | |

---

## SENTENCING MINUTES
---

**9:04 a.m.**     **Court in session.**

Defendant Tamika Knight present in custody.

Defendant Rudy Trujillo present on bond.

Also present: FBI Agent Todd Wilcox.

**13.**    **<u>Defendant Tamika Knight:</u>**
      Change of Plea Hearing: August 10, 2007.
      Defendant Tamika Knight plead guilty to Count One of the Superseding
      Indictment and confessed Count One Hundred Two of the forfeiture allegation.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:** United States 18 U.S.C. §3553(e) and §5k1.1 Motion for Downward Departure Based on Substantial Assistance as to Tamika Knight **(1347)** is **granted**.

**ORDER:** United States Motion for One Offense Level Decrease Pursuant to U.S.S.G. § 3E1.1(b)(2) Based Upon Timely Notification of Intention to Enter Plea of Guilty as to Tamika Knight **(1348)** is **granted**.

**ORDER:** United States Motion to Dismiss Counts 41 and 45 of the Superseding Indictment as to Defendant Tamika Knight **(1349)** is **granted**.

**The defendant is sentenced as reflected in the record**.

Defendant advised of the right to appeal.

**ORDER:** Defendant Tamika Knight remanded to the custody of the United States Marshal for the District of Colorado.

**9:24 a.m.** **Court in recess**.
**9:25 a.m.** **Court in session**.

**27.** **Defendant Rudy Trujillo:**
Change of Plea Hearing: June 25, 2008.
Defendant Rudy Trujillo plead guilty to Count One Hundred of the Superseding Indictment and admits to Count One Hundred Two of the forfeiture allegation.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:** United States 18 U.S.C. §3553(e) and §5K1.1 Motion for Downward Departure Based on Substantial Assistance as to Rudy Trujillo **(1350)** is **granted**.

**ORDER:** United States Motion for One Offense Level Decrease Pursuant to U.S.S.G § 3E1.1(b)(2) Based Upon Timely Notification of Intention to Enter Plea of Guilty as to Rudy Trujillo **(1351)** is **granted**.

**ORDER:** United States Motion to Dismiss Count 111-113 of the Superseding Indictment as to Defendant Rudy Trujillo **(1352)** is **granted**.

**The defendant is sentenced as reflected in the record**.

Defendant advised of the right to appeal.

**ORDER:** Defendant Rudy Trujillo shall surrender to the facility designated by the United States Bureau of Prisons before noon on **February 9, 2009**.

**ORDER:** Bond continued.

**9:44 a.m.** **Court in recess/hearing concluded.**

Defendant Tamika Knight total in-court time: 00:20

Defendant Rudy Trujillo total in-court time: 00:19